**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KARL REGINALD DUNMORE,** | : | **CIVIL NO. 3:15-CV-1624** |
| | : | |
| **Petitioner** | : | |
| | : | **(Judge Munley)** |
| **v.** | : | |
| | : | |
| **DAVID J. EBBERT,** | : | |
| | : | |
| **Respondent** | : | |

**:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::**

### ORDER

**AND NOW**, to wit, this 7th day of October 2015, upon consideration of the petition

for writ of habeas corpus (Doc. 1), and for the reasons set forth in the court's memorandum

of the same date, it is hereby ORDERED that:

1.  The petition for writ of habeas corpus (Doc. 1) is DISMISSED for lack of jurisdiction.

2.  The Clerk of Court is directed to NOTIFY the petitioner.

3.  The Clerk of Court is further directed to CLOSE this case.


          **BY THE COURT:**


          **s/James M. Munley**
          **JUDGE JAMES M. MUNLEY**
          **United States District Court**